**UNITED STATES BANKRUPTCY COURT**
**FOR THE NOTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DANIEL R. REGAN | ) | Case No. 11 B 47684 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Date: December 12, 2014 |
| | ) | Time: 10:30a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Michael L. Gesas, Michelle G. Novick, Kevin H. Morse, and Arnstein & Lehr LLP |
| Authorized to Provide Professional Services to: | Chapter 7 Trustee, Gina Krol |
| Date of Order Authorizing Employment: | January 27, 2012, retroactive to November 25, 2011 |
| Period for which Final Compensation Is Sought: | January 11, 2012 through June 5, 2014. |
| Total Amount of Final Fees: | $81,161.00 |
| Total Amount of Final Expense Reimbursement Sought: | $512.44 |
| This is a Final Fee Application | |
| Date: November 20, 2014 | ARNSTEIN & LEHR LLP |
| | By: /s/ Kevin H. Morse |
| | One of its attorneys |

ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Telephone: 312-876-7100
Facsimile: 312-876-0288

112075018.1

## UNITED STATES BANKRUPTCY COURT
## FOR THE NOTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| **DANIEL R. REGAN** | ) | Case No. 11 B 47684 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Date:  December 12, 2014 |
| | ) | Time: 10:30a.m. |

### NOTICE OF MOTION

To:    See Service List

PLEASE TAKE NOTICE that on **December 12, 2014 at 10:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Hon. Donald R. Cassling, or any other judge as may be sitting in his stead, in Courtroom 240 of the Kane County Courthouse, 100 S. Third Street, Geneva, Illinois, and shall then and there present, the following **FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS OF ARNSTEIN & LEHR LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE,** a copy of which is served upon you.


                                   ARNSTEIN & LEHR LLP


                                   By:    /s/ Kevin H. Morse
                                          One of its attorneys

Michael L. Gesas, Esq. (#6186924)
Michelle G. Novick, Esq. (#6207045)
Kevin H. Morse (#6297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Tel:  (312) 876-7100
Fax: (312) 876-0288

i

## **CERTIFICATE OF SERVICE**

    I, Kevin H. Morse, hereby certify that I caused a copy of this NOTICE and the attached **FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS OF ARNSTEIN & LEHR LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE** to be served on the parties listed on the attached Service List by U.S. Mail, postage prepaid, or the Court's ECF system, on November 20, 2014.

                                                                                                /s/ Kevin H. Morse

112073555.1

ii

**SERVICE LIST**

| | | |
|---|---|---|
| Bank of Commerce/Advantage Nat<br>Acct#: 5535<br>171 E. Irving Park Rd.<br>Wood Dale, IL  60191-2023 | Accounts Receivable Mgmt<br>Rep: Citibank<br>P.O. Box 561<br>Thorofare, NJ  08086-0561 | Candica, LLC<br>c/o Weinstein and Riley, PS<br>2001 Western Ave., Ste. 400<br>Seattle, WA  98121-3132 |
| Barbara Regan<br>79 Tanglewood<br>Glen Ellyn, IL  60137-7830 | Barclaycard<br>Acct#:  0549<br>P.O. Box 13337<br>Philadelphia, PA  19101-3337 | Bus Randall<br>25351 Canterbury Ct.<br>Glen Ellyn, IL  60137 |
| Citi<br>Acct#: 5228<br>P.O. Box 6241<br>Sioux Falls, SD  57117-6241 | Citi Bank<br>Acct #: 5228<br>P.O. Box 20507<br>Kansas City, MO  64195-0507 | Citi Bank<br>c/o ARM Account Receivables<br>P.O. Box 182564<br>Columbus, OH  43218-2564 |
| Citibank NA<br>Acct #: 0018<br>555 St. Charles Dr., #100<br>Thousand Oaks, CA  91360-3983 | Daniel B. Venturi Ltd.<br>146 Cedar Ave.<br>Lake Villa, IL  60046-8410 | Diamond Bank<br>100 W. North Avenue<br>Chicago, IL  60610-1303 |
| ESO Cca<br>Acct #: 0758<br>700 Longwater Dr.<br>Norwell, MA  02061-1624 | First Chgo Bank and Trust<br>Acct #: 0170 & 6083<br>1145 N. Arlington Heights Rd<br>Itasca, IL  60143-3171 | Horace Fox, Jr., Esq.<br>Lehman & Fox<br>6 E. Monroe Street, Ste. 1004<br>Chicago, IL  60603-2721 |
| Huck Bouma P.C.<br>Acct #: 0001 - 0004<br>1755 S. Naperville Rd., #200<br>Wheaton, IL  60189-5844 | Itasca Bank and Trust<br>Acct #: 0170<br>1145 N. Arlington Heights Rd.<br>Itasca, IL  60143-3171 | Joel Stein, Esq.<br>Matthew Covalcik, Esq.<br>Deutsch Levy & Engel<br>Acct #: 8899<br>225 W. Washington, Ste. 1700 |
| First Midwest Bk, successor<br>   to Palos Bank<br>Acct #: 503, 4128 & 8899<br>12600 S. Harlem Ave.<br>Palos Heights, IL  60463-1488 | Patrick S. Layng, Esq.<br>Office of U.S. Trustee, Region 11<br>219 S. Dearborn St., Rm 873<br>Chicago, IL  60604-2027 | Beth A. Lehman, Esq.<br>Lehman & Fox<br>6 E. Monroe, Ste. 1004<br>Chicago, IL  60603-2721 |
| Gina B. Krol, Esq.<br>Cohen & Krol<br>105 West Madison Street, #1100<br>Chicago, IL  60602-4600 | LLW Builders<br>13530 S. Kickapoo Trial<br>Homer Glen, IL  60491-8678 | LLW Builders Inc.<br>c/o Thompson Coburn LLP<br>55 E. Monroe, 37th Fl<br>Chicago, IL  60603-6029 |

iii

West Suburban Bank
c/o Joseph E. Cohen
Cohen & Krol
105 W. Madison St., Ste. 1100
Chicago, IL  60602-4600

Northbrook Bk succr 1st Chgo
First Chicago Bk & Tr.
1145 N. Arlington Heights Rd
Itasca, IL  60143-3171

Scott David, Esq.
Much Shelist
191 N. Wacker Dr., #1800
Chicago, IL  60606-1631

Stahleln Properties
800 Roosevelt Rd, Bldg A
Glen Ellyn, IL  60137-5839

Toyota Financial Services
P.O. Box 4102
Carol Stream, IL  60197-4102

West Suburban Bank
Acct #:  0353
711 S. Meyers Road
Lombard, IL  60148-3712

Citicards CBNA
P.O. Box 6500
Sioux Falls, SD  57117-6500

Citibank, N.A.
c/o American InfoSource LP
P.O. Box 248840
Oklahoma City, OK  73124-8840

Northbrook Bank & Trust Co.
c/o Scott David
Much Shelist PC
191 N. Wacker, #1800
Chicago, IL  60606-1631

Pia N. Thompson, Esq.
Gould & Ratner LLP
222 N. LaSalle Street, Ste. 800
Chicago, IL  60601-1086

Norstar Tr. Co. succr Harris
Acct #: 9952
P.O. Box 2880
Chicago, IL  60690

Michael L. Sherman, Esq.
Sherman & Sherman
120 S. LaSalle Street, Ste. 1460
Chicago, IL  60603-3575

State Bank of the Lakes
Acct #: 5087 - Ln Servicing
440 Lake Street
Antioch, IL  60002-1406

West Asset Management
Acct#:  5679
Attn: Bankruptcy 2703
Sherman, TX  75092

Bruce Dopke, Esq.
P.O. Box 681246
Schaumburg, IL  60168

First Midwest Bank
c/o Anda Tatoiu
Deutsch Levy & Engel Chtd.
225 W. Washington, #1700
Chicago, IL  60606-3482

Federal Deposit Ins. Corp.
Receiver of Town Community
Bank & Trust
Bueschel Robinson Curley &
Clayton

IL Bell Telephone Co.
AT&T Services Inc.
James Grudus, Esq.
One AT&T Way #3A218
Bedminster, NJ  07921-2693

Tim Swanson, Esq.
Deutsch Levy & Engel
Acct #: 503
225 W. Washington, #1700
Chicago, IL  60606-3404

Daniel R. Regan
79 Tanglewood
Glen Ellyn, IL  60137-7830

William L. Smith
237 Bloomingbank
Riverside, IL  60546-2212

Nicor
Acct #: 1018 & 9233
1844 Ferry Road
Naperville, IL  60563-9662

Derreck Haddox, Esq.
Jay Koehler, Esq.
Swanson Martin & Bell
330 N. Wabash, Ste. 3300
Chicago, IL  60611-3604

Robert Margolis, Esq.
Robinson, Curley & Clayton
300 S. Wacker Dr., Ste. 1700
Chicago, Illinois 60606

Citibank
P.O. Box 790034
St. Louis, MO  63179-0034

Itasca Bank and Trust
1145 N. Arlington
Itasca, IL  60143

First Midwest Bank
c/o Joel Stein
Deutsch Levy & Eng
225 W. Washington, Ste. 17
Chicago, IL  60606-2418

Lake Gwenn LLC
c/o William I. Smith, Jr.
10 S. LaSalle, Ste. 2660
Chicago, IL  60603-1046

Richard Hirsh
1500 Eisenhower Lane
Suite 800
Lisle, IL  60532-2135

State Bank of the Lakes
c/o Sherman & Purcell LLP
120 S. LaSalle, Ste. 1460
Chicago, IL  60603-3575

Elizabeth A. Bates, Esq.
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Rd., Ste. 330
Wheaton, IL  60187

PYOD, LLC
Resurgent Capital Services
P.O. Box 19008
Greenville, SC  29602-9008

Brenda Porter Helms, Esq.
Gen. Counsel & Trust Officer
Albany Bank & Trust Co., N.A.
3400 W. Lawrence Avenue
Chicago, IL  60625

UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DANIEL R. REGAN | ) | Case No. 11 B 47684 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Date:  December 12, 2014 |
| | ) | Time: 10:30a.m. |

FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT FOR EXPENSES OF ARNSTEIN & LEHR LLP
AS COUNSEL TO THE CHAPTER 7 TRUSTEE

Michael L. Gesas, Michelle G. Novick, Kevin H. Morse and the law firm of Arnstein & Lehr LLP (collectively, "A&L"), counsel for Gina Krol, not individually but solely in her capacity as Chapter 7 Trustee for the estate of Daniel R. Regan (the "Trustee"), pursuant to 11 U.S.C. §§ 330 and 331, applies to this Court for an entry of an order: (a) allowing as compensation $81,161.00 for legal services rendered during the period January 11, 2012 through June 5, 2014; (b) reimbursement to A&L in for its expenses in the amount of $512.44; and (c) authorizing the Trustee to pay the allowed fees and expenses for the period January 11, 2014 through June 5, 2014.  In support thereof, A&L respectfully states as follows:

BACKGROUND

1.On November 25, 2011 (the "Petition Date"), Daniel R. Regan (the "Debtor") filed a voluntary petition for relief under chapter 7 of title 11, United States Code (the "Bankruptcy Code").  On the Petition Date, the Trustee was appointed Chapter 7 Trustee of the Debtor's bankruptcy estate.

2.On January 27, 2012, this Court entered an Order Authorizing the Trustee to Employ A&L as Counsel retroactive to November 25, 2011. [Dkt. 25].

1

A.  **Investigation and Sale of Debtor's Assets**

3.  Between February 2, 2012 and June 29, 2012, A&L worked with the Trustee to successfully investigate and sell certain of the Debtor's major assets, including an automobile, a boat, ownership in an LLC, ownership interest in a golf course, ownership interest in certain real property and Debtor's profit sharing plan. A&L also assisted the Trustee in locating and uncovering contents of the Debtor's safe deposit box.

4.  On March 23, 2012, the Court entered an order granting the Trustee's Motion to Approve the Sale of the Debtor's 2003 GMC Yukon for $6,000. [Dkt. 51.]

5.  On March 23, 2012, the Court entered an order granting the Trustee's Motion to Approve the Sale of the Debtor's 2004 Kayot Boat. [Dkt. 52.]

6.  On March 23, 2012, the Court entered an order requiring Glen Ellyn Bank & Trust Co. to open the Debtor's safe deposit box (the "Safe Deposit Box").

7.  On June 29, 2012, the Court entered an order authorizing the Trustee to sell the Debtor's 10% interest in Gateway Partners, LLC for $10,000.00. [Dkt. 62.]

8.  During the course of the Debtor's bankruptcy case, A&L also investigated other potential assets of the Estate including, but not limited to, Debtor's interest in the Antioch Golf Course, Debtor's Tax Increment Financing, Debtor's interest in the Gilmart Store Property, and Debtor's Profit Sharing Plan.

B.  **FDIC Litigation**

9.  Prior to the Petition Date, on March 10, 2010, the Bank of Commerce (the "Bank") filed a complaint against the Debtor and Debtor's Corporation (Regan Land Corporation) in DuPage County, Case No. 2010 L 000349, for breach of contract based on two promissory notes (the "State Court Action"). The Debtor filed a counterclaim against the Bank for Breach of Fiduciary Duty (the "Counterclaim").

10. While the State Court Case was still pending, the Bank was closed by the FDIC and an FDIC receiver was appointed as receiver for the Bank (the "FDIC Receiver").

11. As of the Petition Date, the Debtor's Counterclaim against the Bank became property of the Estate. After the Petition Date, A&L investigated, researched and advised the Trustee on various matters related to the Counterclaim and assisted the Trustee in making her determination not to pursue the Debtor's Counterclaim against the Bank.

12. On May 15, 2012, the Trustee dismissed the Counterclaim without prejudice.

C. **The Freeborn Adversary Proceeding**

13. From February 2, 2012 through February 12, 2013, A&L investigated, researched and advised the Trustee with regards to potential adversary claims against the Debtor's former legal counsel, Freeborn & Peters ("Freeborn"), in regards to the Debtor's advanced property retainer paid to Freeborn.

14. A&L extensively researched and investigated the Trustee's claims against Freeborn resulting in an adversary proceeding that recovered significant funds for the Estate. A&L did not serve as counsel for the Trustee in the adversary case against Freeborn.

15. On November 13, 2012, Special Counsel for the Trustee filed a Complaint against Freeborn for the recovery of retainer funds in the approximate amount of $32,000.00, filed as Case No. 12-ap-1749 (the "Freeborn Adversary Proceeding"). [Dkt. 83.]

16. A&L's investigation assisted with the Trustee's settlement of the Freeborn Adversary Proceeding for $28,000.00, which was approved by the Court on July 26, 2013. [Dkt. 59.]

**Summary of Services**

17. In addition to the detailed background facts above, an itemized and detailed description of the specific services rendered by A&L to the Trustee are reflected on the billing

3

statement attached hereto as <u>Exhibit A</u>[1]. The billing statement sets forth the name of each attorney or paralegal, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

18. The fees and time expended by each billing professional is set forth below and summarized as follows:

| **Attorney / Professional** | **Specialty** | **Hours**[2] | **2011-2014 Avg. Hourly Rate** | **Total Fees** |
|---|---|---|---|---|
| Barry A. Chatz (BAC) | Bankruptcy | 0.50 | $695.00 | $347.50 |
| Michael L. Gesas (MLG) | Bankruptcy | 5.50 | $617.20 | $3,086.00 |
| Michelle G. Novick (MGN) | Bankruptcy | 150.70 | $485.37 | $73,145.00 |
| Kevin H. Morse (KHM) | Bankruptcy | 2.10 | $300.00 | $630.00 |
| Miriam R. Stein (MRS) | Bankruptcy | 4.90 | $485.00 | $970.00 |
| Brian P. Welch (BPW) | Bankruptcy | 3.20 | $0.00 | $0.00 |
| Jay P. Tarshis (JPT) | Corporate | 1.20 | $575.00 | $690.00 |
| Randall S. Kulat (RSK) | Tax | 1.70 | $475.00 | $807.50 |
| Mary C. Veed (MCV) | Insurance | 4.00 | $540.00 | $1,485.00 |
| Becky L. Sutton (BLS) | Paralegal | 1.10 | $0.00 | $0.00 |
| | **TOTALS:** | **174.90** | | **$81,161.00** |

19. The hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters.

20. There has been no duplication of services, either by partners or associates of A&L. When two or more attorneys participated in any activity, such joint participation was

---

[1] On January 24, 2013, the Trustee filed an adversary complaint for turnover of property of the Estate and avoidance of fraudulent transfers against the Debtor's spouse, Barbara Regan ("Barbara") (the "Barbara Regan Adversary Proceeding"). On June 4, 2014, Barbara filed her own respective Chapter 7 case. A&L incurred $131,547.50 in legal fees and $652.26 in costs in pursuit of the Trustee's claims against Barbara. A&L is not seeking payment for any fees or costs related to the Barbara Regan Adversary Proceeding due to her own chapter 7 filing.

[2] A&L voluntarily wrote-off 8.95 hours of time, which is not reflected in the "Total Fees" column for each billing professional or the totals.

4

necessary as a result of either the complexity of the problems involved or the need to familiarize each attorney with the matters at issue so that each attorney could perform further necessary work.

21.  Exhibit A also lists related expenses. These expenses include: costs for postage, mail charges, travel costs, and costs for messenger services, totaling $512.44.

22.  A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 7, and that time has been fairly and properly expended.

23.  A&L expended a total of 174.9 hours for the services provided to the Trustee. Based on the hourly charges of A&L set forth above, A&L requests that the Court determine and allow it $81,161.00 as compensation and $512.44 for the reimbursement of reasonable out-of-pocket expenses pursuant to Sections 330 and 331 of the Bankruptcy Code.

24.  A copy of the Application has been sent to the Debtor, the Trustee, all parties that filed a claim in the bankruptcy case, all unsecured creditors and all parties receiving notice by the Court's ECF system, including the United States Trustee.

WHEREFORE, Arnstein & Lehr LLP respectfully request that the Court enter an Order:

(A)  Allowing and awarding it final compensation in the amount of $81,161.00 for actual and necessary professional services rendered;

(B)  Allowing and awarding it reimbursement in the amount of $512.44 for actual and necessary costs and expenses incurred;

(C)  Authorizing the Trustee to pay A&L the allowed final fees and costs;

(D)  Finding notice as provided is sufficient under the circumstances; and

5

(E)  Granting such other and further relief as the Court deems just and proper.

ARNSTEIN & LEHR LLP

By: /s/ Kevin H. Morse
 One of its attorneys

Michael L. Gesas, Esq. (#6186924)
Michelle G. Novick, Esq. (#6207045)
Kevin H. Morse (#6297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Tel: (312) 876-7100
Fax: (312) 876-0288