UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-47684 |
| DANIEL R. REGAN | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | DuPage |
| Debtor(s) | ) | |

### ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS OF ARNSTEIN & LEHR LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE

This matter coming to be heard on the Final Application for Allowance of Fees and Reimbursement of Costs of Arnstein & Lehr LLP as Counsel to the Chapter 7 Trustee (the "Application"); notice of the Application being proper; the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. Arnstein & Lehr LLP ("A&L") is allowed final compensation in the amount of $81,161.00 and reimbursement of expenses in the amount of $512.44 for the period January 11, 2012 through June 5, 2014 (the "Allowed Claim"); and

2. The Chapter 7 Trustee is authorized to pay the Allowed Claim to A&L.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  December 12, 2014

**Prepared by:**

Kevin H. Morse
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60657
Tel:  312-876-7100
Fax: 312-876-0288