# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
REGAN, DANIEL R.                        §      Case No. 11-47684
                                        §
                    Debtor              §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/25/2011 . The undersigned trustee was appointed on 11/25/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $        63,601.52

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 51,010.26 |
   | Bank service fees | 1,622.96 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 10,968.30 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 06/19/2012 and the deadline for filing governmental claims was 06/19/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,430.08 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,430.08 , for a total compensation of $ 6,430.08 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/23/2015        By:/s/GINA B. KROL
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-47684 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | REGAN, DANIEL R. | | | Date Filed (f) or Converted (c): | 11/25/11 (f) |
| | | | | 341(a) Meeting Date: | 01/17/12 |
| For Period Ending: | 11/23/15 | | | Claims Bar Date: | 06/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 79 TANGLEWOOD GLEN ELLYN, IL RESIDENCE | 270,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase Account #xxxxxxxx433643 | 20.00 | 0.00 | | 0.00 | FA |
| 3. PNC Account | 1,319.20 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 750.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. American Family Ins. | 364.53 | 0.00 | | 0.00 | FA |
| 7. Met. Life Ins. | 0.00 | 0.00 | | 0.00 | FA |
| 8. American Shares/Loan to Barc | 37,000.00 | 0.00 | | 0.00 | FA |
| 9. IRA Raymone James #xxxxx234 | 1,385.92 | 0.00 | | 0.00 | FA |
| 10. American Fund IRA | 2,706.00 | 0.00 | | 0.00 | FA |
| 11. IRA containing 80 shares WSB stock | 23,200.00 | 0.00 | | 0.00 | FA |
| 12. IRA w/cash | 1,930.97 | 0.00 | | 0.00 | FA |
| 13. 45% Interest in Antioch Golf LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14. 50% Interest in Antioch Holdings LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15. 33287 Shares of Bank of Commerce | 0.00 | 0.00 | | 0.00 | FA |
| 16. BARC LLC | 0.00 | 0.00 | | 0.00 | FA |
| 17. 50% interest in Carefree Investments | 8,000.00 | 0.00 | | 0.00 | FA |
| 18. DANR LLC 100% owns 50% of 2003 Yukon | 8,000.00 | 0.00 | | 6,000.00 | FA |
| 19. Daybrek Development LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20. Gateway Partners LLC 10% interest | 0.00 | 0.00 | | 0.00 | FA |
| Related to asset described as TIF which was sold per court order. | | | | | |
| 21. 1% Lakeco Holdings LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22. 1% interest Living the Dream LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23. 100% interest in Oak Builders | 0.00 | 0.00 | | 0.00 | FA |
| 24. 100% interest in Regan Land Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 25. 13.1% interest in Town Bankshares Inc. | 0.00 | 0.00 | | 0.00 | FA |

Case 11-47684    Doc 130    Filed 12/02/15    Entered 12/02/15 09:04:32    Desc Main
Document      Page 4 of 18

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit A

Case No:    11-47684    DRC    Judge: Donald R. Cassling    Trustee Name:    GINA B. KROL
Case Name:    REGAN, DANIEL R.    Date Filed (f) or Converted (c):    11/25/11 (f)
341(a) Meeting Date:    01/17/12
Claims Bar Date:    06/19/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. 43% interest in Town Center Partners LLC | 0.00 | 0.00 | | 0.00 | FA |
| 27. 15% Interest in Town Partners LLC | 0.00 | 0.00 | | 0.00 | FA |
| 28. A/R owed by Oak Builders | 2,033,651.62 | 0.00 | | 0.00 | FA |
| 29. TIF | Unknown | 0.00 | | 0.00 | FA |
| Duplicate entry | | | | | |
| 30. TAX REFUND | 0.00 | 10,000.00 | OA | 0.00 | FA |
| Trustee is litigating with Debtor's spouse to recover tax refunds | | | | | |
| 31. 50% interest w/ DANR in 2003 Yukon | 8,000.00 | 3,000.00 | | 0.00 | FA |
| 32. Leased Toyota | 0.00 | 0.00 | | 0.00 | FA |
| 33. 26' Kayot Boat | 22,000.00 | 19,601.00 | | 19,601.00 | FA |
| 34. 2003 Yukon | 0.00 | 0.00 | | 0.00 | FA |
| Duplicate entry. Asset accounted for as #18 & #31 | | | | | |
| 35. Interest in TIF | Unknown | 10,000.00 | | 10,000.00 | FA |
| 36. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 37. Unused Retainer (u) | 0.00 | 28,000.00 | | 28,000.00 | FA |
| 38. Met Life Ins. | Unknown | 0.00 | | 0.00 | FA |
| 39. IRA containing 3% interest in Plum Farm LLC | 15,000.00 | 0.00 | | 0.00 | FA |
| 40. Customer Contour Corp. 5% interest | 0.00 | 0.00 | | 0.00 | FA |
| 41. 7% interest in FIGO LLC | 0.00 | 0.00 | | 0.00 | FA |
| 42. 6% Interest in Heritage Renaissance Partners LLC | 0.00 | 0.00 | | 0.00 | FA |
| 43. 20% Interet in Hinsbrook Partners LLC | 0.00 | 0.00 | | 0.00 | FA |
| 44. 50% interest in Silver Water Group LLC | 0.00 | 0.00 | | 0.00 | FA |
| 45. Village Redevelopment Group | 0.00 | 0.00 | | 0.00 | FA |
| 46. 180 Detroit Partnership | 0.00 | 0.00 | | 0.00 | FA |
| 47. 33% Interest in RGM Group Partnership | 0.00 | 0.00 | | 0.00 | FA |
| 48. 13.1 % Interest in Town Community Bank | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| Case No: | 11-47684 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | REGAN, DANIEL R. | | | Date Filed (f) or Converted (c): | 11/25/11 (f) |
| | | | | 341(a) Meeting Date: | 01/17/12 |
| | | | | Claims Bar Date: | 06/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 49. 17% Interest in Winding Trail Partners | 0.00 | 0.00 | | 0.00 | FA |
| 50. A/R owed by Antioch Golf LLC | 1,952,000.00 | 0.00 | | 0.00 | FA |
| 51. 10% Interest in Willowsprings Gateway Partners LLC | 25,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.52 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $4,411,328.24     $70,601.00          $63,601.52     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for review
November 05, 2015, 04:18 pm

Trustee is working on TFR
October 07, 2015, 01:44 pm

Final litigation was recently concluded by Defendant filing for bankruptcy. Trustee can now review claims and prepare
TFR.
October 21, 2014, 11:47 am

Trustee has retained counsel to assist in review of Debtor's multiple business interests. Remaining assets are income
tax transferred to wife and over payment to pre-petition counsel
October 17, 2013, 02:37 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-47684     DRC     Judge: Donald R. Cassling | Trustee Name:     GINA B. KROL |
| Case Name: | REGAN, DANIEL R. | Date Filed (f) or Converted (c):     11/25/11 (f) |
| | | 341(a) Meeting Date:     01/17/12 |
| | | Claims Bar Date:     06/19/12 |

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/15

/s/     GINA B. KROL
_____     Date: 11/23/15
     GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-47684 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | REGAN, DANIEL R. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0535 Checking Account |
| Taxpayer ID No: | *******5630 | | | |
| For Period Ending: | 11/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 31,768.67 | | 31,768.67 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.58 | 31,749.09 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.23 | 31,728.86 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.56 | 31,709.30 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.20 | 31,689.10 |
| 01/24/13 | 030001 | Clerk of US Bankruptcy Court 219 S. Dearborn Street Chicago, IL 60604 | Adversary Filing Fee 13-0085 | 2700-000 | | 293.00 | 31,396.10 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.05 | 31,349.05 |
| 02/13/13 | 030002 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 27.17 | 31,321.88 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.09 | 31,279.79 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.50 | 31,233.29 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.93 | 31,188.36 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.37 | 31,141.99 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.81 | 31,097.18 |
| 08/05/13 | 37 | Freeborn & Peters 311 S. Wacker Dr., Ste. 3000 Chicago, IL 60606 | Unused Retainer | 1249-000 | 7,000.00 | | 38,097.18 |
| 08/05/13 | 37 | Freeborn & Peters 311 S. Wacker Dr., Ste. 3000 Chicago, IL 60606 | Unused Retainer | 1249-000 | 14,000.00 | | 52,097.18 |
| 08/05/13 | 37 | Horace Fox | Unused Retainer | 1249-000 | 7,000.00 | | 59,097.18 |
| 08/05/13 | 030003 | Richard L. Hirsch PC 1500 Eisenhower Lane Suite 800 Lisle, IL 60532 | Attorney's Fees per Court Order | 3210-000 | | 15,641.50 | 43,455.68 |
| 08/05/13 | 030004 | Richard L. Hirsch PC | Attorney's Expenses per Court Orde | 3220-000 | | 88.50 | 43,367.18 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver: 19.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 11-47684 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | REGAN, DANIEL R. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0535  Checking Account |
| Taxpayer ID No: | *******5630 | | | |
| For Period Ending: | 11/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1500 Eisenhower Lane | | | | | |
| | | Suite 800 | | | | | |
| | | Lisle, IL 60532 | | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.23 | 43,320.95 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.56 | 43,257.39 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.24 | 43,195.15 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.22 | 43,130.93 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.06 | 43,068.87 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.03 | 43,004.84 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.94 | 42,940.90 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.67 | 42,883.23 |
| 04/01/14 | 030005 | International Sureties Ltd. | BOND | 2300-000 | | 37.80 | 42,845.43 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/03/14 | 030006 | Jensen Litigation Solutions | Litigation Transcripts | 3992-000 | | 1,153.70 | 41,691.73 |
| | | 180 N. LaSalle Street | Invoice #'s 283488 and 284220 | | | | |
| | | Suite 2800 | | | | | |
| | | Chicago, IL 60601 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.75 | 41,627.98 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.30 | 41,567.68 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.80 | 41,505.88 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.72 | 41,446.16 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.62 | 41,384.54 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.53 | 41,323.01 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.46 | 41,263.55 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.35 | 41,202.20 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.28 | 41,142.92 |
| 12/15/14 | 030007 | Arnstein & Lehr LLP | Attorneys Fees per Court Order | 3210-600 | | 30,000.00 | 11,142.92 |
| | | 120 S. Riverside Plaza | | | | | |
| | | Suite 1200 | | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM2T4

Ver: 19.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 11-47684 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | REGAN, DANIEL R. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0535  Checking Account |
| Taxpayer ID No: | *******5630 | | | |
| For Period Ending: | 11/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60657 | | | | | |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.59 | 11,103.33 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.52 | 11,086.81 |
| 02/10/15 | 030008 | Adams Levine Surety Bond Agency | | 2300-000 | | 6.34 | 11,080.47 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.88 | 11,065.59 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.45 | 11,049.14 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.90 | 11,033.24 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.40 | 11,016.84 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.85 | 11,000.99 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.36 | 10,984.63 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.33 | 10,968.30 |

| Account *******0535 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 3 | Deposits | 28,000.00 | 8 | Checks | 47,248.01 |
| 0 | Interest Postings | 0.00 | 36 | Adjustments Out | 1,552.36 |
| | Subtotal | $ 28,000.00 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 48,800.37 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 31,768.67 | | | |
| | Total | $ 59,768.67 | | | |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-47684 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | REGAN, DANIEL R. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4302 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5630 | | | |
| For Period Ending: | 11/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/12 | 18, 31 | Barbara Regan | 2003 Yukon | 1129-000 | 6,000.00 | | 6,000.00 |
| 04/26/12 | 000301 | Shelley Plate Reporting | Invoice #9005 | 3992-000 | | 225.00 | 5,775.00 |
| | | 19 S. LaSalle Street | Court reporter at extended 341 meetiing | | | | |
| | | Suite 1402 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,775.04 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,775.09 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.34 | 5,767.75 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,767.80 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.86 | 5,760.94 |
| 07/19/12 | 33 | Albany Inc. | 26' Foot Kayot Boat | 1129-000 | 19,601.00 | | 25,361.94 |
| | | 4030 N. Rockwell St. | | | | | |
| | | Chicago, IL 60618 | | | | | |
| 07/26/12 | 35 | Daniel Regan | TIF | 1129-000 | 10,000.00 | | 35,361.94 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 35,362.04 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.39 | 35,347.65 |
| 08/29/12 | 000302 | Albany Auto of Chicago | Auctioneer Expenses per Court Order | 3620-000 | | 3,537.25 | 31,810.40 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 31,810.68 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 42.01 | 31,768.67 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 31,768.67 | 0.00 |

FORM 2

Page: 5
Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-47684 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | REGAN, DANIEL R. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4302 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5630 | | |
| For Period Ending: | 11/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******4302

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 35,601.00 | 2 | Checks | 3,762.25 |
| 5 | Interest Postings | 0.52 | 4 | Adjustments Out | 70.60 |
| | | | 1 | Transfers Out | 31,768.67 |
| | Subtotal | $ 35,601.52 | | | |
| | | | | Total | $ 35,601.52 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 35,601.52 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 6 | Deposits | 63,601.00 | 10 | Checks | 51,010.26 |
| 5 | Interest Postings | 0.52 | 40 | Adjustments Out | 1,622.96 |
| | | | 1 | Transfers Out | 31,768.67 |
| | Subtotal | $ 63,601.52 | | | |
| | | | | Total | $ 84,401.89 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 31,768.67 | | | |
| | Total | $ 95,370.19 | | Net Total Balance | $ 10,968.30 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 11/23/15
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 23, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 11-47684 | Priority Sequence | | | | |
| Debtor Name: | REGAN, DANIEL R. | | | Joint Debtor: | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3210-60 | Arnstein & Lehr LLP<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago, IL 60657 | Administrative | | $0.00 | $81,161.00 | $81,161.00 |
| 001<br>3220-61 | Arnstein & Lehr LLP<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago, IL 60657 | Administrative | | $0.00 | $512.44 | $512.44 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $6,430.08 | $6,430.08 |
| 001<br>2700-00 | Clerk of US Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 60604 | Administrative | | $0.00 | $293.00 | $293.00 |
| 000001<br>070<br>7100-90 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | Barclay's Bank | $0.00 | $15,078.61 | $15,078.61 |
| 000002<br>070<br>7100-00 | Lake Gwenn LLC<br>c/o William L Smith Jr<br>10 S LaSalle ST #2660<br>Chicago IL 60603 | Unsecured | Personal Guaranty of Antioch Golf LLC obligation to State Bank of the Lakes | $0.00 | $2,165,000.00 | $2,165,000.00 |
| 000003<br>070<br>7100-00 | Huck Bouma PC<br>c/o Edward J Sedlacek<br>Acct#: 0001<br>1755 S Naperville Rd Ste 200<br>Wheaton, IL 60189 | Unsecured | | $0.00 | $19,209.00 | $19,209.00 |
| 000004<br>070<br>7100-00 | Dyck-O'Neal, Inc. as Servicer for<br>Northbrook Bank & Trust Company<br>PO Box 13370<br>Arlington, TX 76094 | Unsecured | Personal Guaranty of debt of Town Center Partners to First Chicago Bank & Trust | $0.00 | $1,488,340.60 | $1,488,340.60 |
| 000005<br>070<br>7100-90 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $0.00 | $14,696.14 | $14,696.14 |
| 000006<br>070<br>7100-00 | Ill Bell Telephone Co<br>AT&T Services Inc<br>James Grudus Esq<br>One AT&T Way #3A218<br>Bedminster NJ 07921 | Unsecured<br>Utility | | $0.00 | $142.69 | $142.69 |

Page 2 | **EXHIBIT C**<br>ANALYSIS OF CLAIMS REGISTER | Date: November 23, 2015
---|---|---

Priority Sequence

Case Number: 11-47684  
Debtor Name: REGAN, DANIEL R.  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class / Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 000007<br>070<br>7100-90 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>Citibank | $0.00 | $72,932.04 | $72,932.04 |
| 000008<br>070<br>7100-00 | Federal Deposit Ins Corp receiver of<br>Town Community Bk&Trust/L A Bueschel<br>Robinson Curley&Clayton PC<br>300 S Wacker Dr #1700<br>Chicago IL 60606 | Unsecured<br>no documentation attached to POC<br>unliquidated | $0.00 | $3,139,155.75 | $3,139,155.75 |
| 000009<br>070<br>7100-00 | Federal Deposit Ins Corp receiver for<br>The Bank of Commerce<br>Pia Thompson Gould & Ratner LLP<br>222 N LaSalle St #800<br>Chicago IL 60601 | Unsecured<br>Note to The Bank of Commerce | $0.00 | $189,659,162.00 | $189,659,162.00 |
| 000010<br>070<br>7100-00 | First Midwest Bank<br>Deutsch Levy & Engel Chtd<br>c/o Anda Tatoiu<br>225 W Washington #1700<br>Chicago IL 60606 | Unsecured<br>Guaranty of Antioch Holdings LLC debt to Palos Bank and Trust | $0.00 | $1,021,598.57 | $1,021,598.57 |
| 000011<br>070<br>7100-00 | First Midwest Bank<br>Deutsch Levy & Engel Chtd<br>c/o Anda Tatoiu<br>225 W Washington #1700<br>Chicago IL 60606 | Unsecured<br>Guaranty of Oak Builders debt to Palos Bank and Trust | $0.00 | $2,166,331.39 | $2,166,331.39 |
| 000012<br>070<br>7100-00 | First Midwest Bank<br>Deutsch Levy & Engel Chtd<br>c/o Anda Tatoiu<br>225 W Washington #1700<br>Chicago IL 60606 | Unsecured<br>Guaranty of Regan Land Corporation debt to Palos Bank and Trust | $0.00 | $1,050,288.80 | $1,050,288.80 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | $0.00 | $71.31 | $71.31 |
| | Case Totals: | | $0.00 | $200,900,403.42 | $200,900,403.42 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-47684
Case Name: REGAN, DANIEL R.
Trustee Name: GINA B. KROL

Balance on hand $ 10,968.30

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 6,430.08 | $ 0.00 | $ 2,980.09 |
| Charges: Clerk of US Bankruptcy Court | $ 293.00 | $ 0.00 | $ 135.79 |
| Other: International Sureties Ltd. | $ 71.31 | $ 71.31 | $ 0.00 |
| Other: Arnstein & Lehr LLP | $ 81,161.00 | $ 30,000.00 | $ 7,614.92 |
| Other: Arnstein & Lehr LLP | $ 512.44 | $ 0.00 | $ 237.50 |

Total to be paid for chapter 7 administrative expenses $ 10,968.30

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 200,811,935.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 15,078.61 | $ 0.00 | $ 0.00 |
| 000002 | Lake Gwenn LLC<br>c/o William L Smith Jr<br>10 S LaSalle ST #2660<br>Chicago IL 60603 | $ 2,165,000.00 | $ 0.00 | $ 0.00 |
| 000003 | Huck Bouma PC<br>c/o Edward J Sedlacek<br>Acct#: 0001<br>1755 S Naperville Rd Ste 200<br>Wheaton, IL 60189 | $ 19,209.00 | $ 0.00 | $ 0.00 |
| 000004 | Dyck-O'Neal, Inc. as Servicer for<br>Northbrook Bank & Trust Company<br>PO Box 13370<br>Arlington, TX 76094 | $ 1,488,340.60 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ 14,696.14 | $ 0.00 | $ 0.00 |
| 000006 | Ill Bell Telephone Co<br>AT&T Services Inc<br>James Grudus Esq<br>One AT&T Way #3A218<br>Bedminster NJ 07921 | $ 142.69 | $ 0.00 | $ 0.00 |
| 000007 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 72,932.04 | $ 0.00 | $ 0.00 |
| 000008 | Federal Deposit Ins Corp receiver of<br>Town Community Bk&Trust/L A Bueschel<br>Robinson Curley&Clayton PC<br>300 S Wacker Dr #1700<br>Chicago IL 60606 | $ 3,139,155.75 | $ 0.00 | $ 0.00 |
| 000009 | Federal Deposit Ins Corp receiver for<br>The Bank of Commerce<br>Pia Thompson Gould & Ratner LLP<br>222 N LaSalle St #800<br>Chicago IL 60601 | $ 189,659,162.00 | $ 0.00 | $ 0.00 |
| 000010 | First Midwest Bank<br>Deutsch Levy & Engel Chtd<br>c/o Anda Tatoiu<br>225 W Washington #1700<br>Chicago IL 60606 | $ 1,021,598.57 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | First Midwest Bank<br>Deutsch Levy & Engel Chtd<br>c/o Anda Tatoiu<br>225 W Washington #1700<br>Chicago IL 60606 | $ 2,166,331.39 | $ 0.00 | $ 0.00 |
| 000012 | First Midwest Bank<br>Deutsch Levy & Engel Chtd<br>c/o Anda Tatoiu<br>225 W Washington #1700<br>Chicago IL 60606 | $ 1,050,288.80 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE