UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                              §
                                    §
REGAN, DANIEL R.                    §      Case No. 11-47684 DRC
                                    §
        Debtor                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            JEFFREY P. ALLSTEADT
            219 S. Dearborn Street
            Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/08/2016 in Courtroom 240,
            Kane County Courthouse
            100 S. Third Street
            Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/02/2015           By: JEFFREY P. ALLSTEADT
                                      Clerk of US Bankruptcy Court


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
REGAN, DANIEL R. §    Case No. 11-47684 DRC
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 63,601.52 |
| and approved disbursements of | $ | 52,633.22 |
| leaving a balance on hand of[1] | $ | 10,968.30 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 6,430.08 | $ 0.00 | $ 2,980.09 |
| Charges: Clerk of US Bankruptcy Court | $ 293.00 | $ 0.00 | $ 135.79 |
| Other: International Sureties Ltd. | $ 71.31 | $ 71.31 | $ 0.00 |
| Other: Arnstein & Lehr LLP | $ 81,161.00 | $ 30,000.00 | $ 7,614.92 |
| Other: Arnstein & Lehr LLP | $ 512.44 | $ 0.00 | $ 237.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 10,968.30 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 200,811,935.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 15,078.61 | $ 0.00 | $ 0.00 |
| 000002 | Lake Gwenn LLC<br>c/o William L Smith Jr<br>10 S LaSalle ST #2660<br>Chicago IL 60603 | $ 2,165,000.00 | $ 0.00 | $ 0.00 |
| 000003 | Huck Bouma PC<br>c/o Edward J Sedlacek<br>Acct#: 0001<br>1755 S Naperville Rd Ste 200<br>Wheaton, IL 60189 | $ 19,209.00 | $ 0.00 | $ 0.00 |
| 000004 | Dyck-O'Neal, Inc. as Servicer for Northbrook Bank & Trust Company<br>PO Box 13370<br>Arlington, TX 76094 | $ 1,488,340.60 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ 14,696.14 | $ 0.00 | $ 0.00 |
| 000006 | Ill Bell Telephone Co<br>AT&T Services Inc<br>James Grudus Esq<br>One AT&T Way #3A218<br>Bedminster NJ 07921 | $ 142.69 | $ 0.00 | $ 0.00 |
| 000007 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 72,932.04 | $ 0.00 | $ 0.00 |
| 000008 | Federal Deposit Ins Corp receiver of<br>Town Community Bk&Trust/L A Bueschel<br>Robinson Curley&Clayton PC<br>300 S Wacker Dr #1700<br>Chicago IL 60606 | $ 3,139,155.75 | $ 0.00 | $ 0.00 |
| 000009 | Federal Deposit Ins Corp receiver for<br>The Bank of Commerce<br>Pia Thompson Gould & Ratner LLP<br>222 N LaSalle St #800<br>Chicago IL 60601 | $ 189,659,162.00 | $ 0.00 | $ 0.00 |
| 000010 | First Midwest Bank<br>Deutsch Levy & Engel Chtd<br>c/o Anda Tatoiu<br>225 W Washington #1700<br>Chicago IL 60606 | $ 1,021,598.57 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | First Midwest Bank Deutsch Levy & Engel Chtd c/o Anda Tatoiu 225 W Washington #1700 Chicago IL 60606 | $ 2,166,331.39 | $ 0.00 | $ 0.00 |
| 000012 | First Midwest Bank Deutsch Levy & Engel Chtd c/o Anda Tatoiu 225 W Washington #1700 Chicago IL 60606 | $ 1,050,288.80 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                                    Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                              Case No. 11-47684-DRC
Daniel R. Regan                                                     Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez              Page 1 of 3              Date Rcvd: Dec 03, 2015
                              Form ID: pdf006            Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2015.
db             +Daniel R. Regan,    79 Tanglewood,    Glen Ellyn, IL 60137-7830
18326657       +Accounts Receivable Mgmt,    Rep:Citibank,    POBox 561,    Thorofare NJ 08086-0561
18097555       +Bank of Commerce/Advantage Nat,    171 East Irving Park Rd.,    Wood Dale, IL 60191-2023
18097556       +Bank of Commerce/Advantage Nat,    Acct#: 5535,    171 E. Irving Park RD.,
                 Wood Dale , IL 60191-2023
18326404      #+Barbara Regan,    79 Tanglewood,    Glen Ellyn IL 60137-7830
18097557       +Barclaycard,    Acct#: 0549,    Po Box 13337,    Philadelphia, PA 19101-3337
18097558        Bus Randall,    25351 Canterbury CT.,    Glen Ellyn, IL    60137
18097561      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi Bank,     Acct#: 5228,    Po box 20507,    Kansas City, MO   64195)
18097562      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi Bank,     C/O ARM Account Recievables,    PO Box 182564,
                 Columbus OH   43218)
18097560       +Citi,    Acct#: 5228,    PO box 6241,    Sioux Falls, SD 57117-6241
19613090       +Citibank,    POB 6241,    Sioux Falls, SD 57117-6241
18097563       +Citibank NA,    Acct#: 0018,    555 St Charles Dr. #100,    Thousand Oaks, CA 91360-3983
19613091        Citicards CBNA,    POB 6500,    Sioux Falls, SD   57117-6500
18097564       +Daniel B. Venturi LTD.,    146 Cedar Ave,    Lake Villa, IL 60046-8410
18097565       +Diamond Bank,    100 W. North Avenue,    Chicago, IL 60610-1303
21717787       +Dyck-O’Neal, Inc. as Servicer for,    Northbrook Bank & Trust Company,    PO Box 13370,
                 Arlington, TX 76094-0370
18097566       +ESO Cca,    Acct#: 0758,    700 Longwater Dr,    Norwell, MA 02061-1624
19047016       +Federal Deposit Ins Corp receiver for,     The Bank of Commerce,
                 Pia Thompson Gould & Ratner LLP,    222 N LaSalle St #800,    Chicago IL 60601-1011
19004138       +Federal Deposit Ins Corp receiver of,     Town Community Bk&Trust/L A Bueschel,
                 Robinson Curley&Clayton PC,    300 S Wacker Dr #1700,    Chicago IL 60606-6726
18097567       +First  Chgo Bank  and Trust,    Acct#: 6083,    1145 N. Arlington Heights Rd,
                 Itasca, IL 60143-3171
18097568       +First  Chgo Bank & Tr Co.,    1145 Arlington Heights Rd.,    Itasca, IL 60143-3171
18097569       +First Chicago Bank & Tr.,    1145 N. Arlington Heights RD,    Itasca, IL 60143-3171
18097571       +First Chicago Bk & Tr,    1145 N. Arlington Heights Rd.,    Itasca, IL 60143-3171
18097570       +First Chicago Bk & Tr,    Acct#: 0170,    1145 Arlington Heights Rd,    Itasca, IL 60143-3171
18097574       +First Midwest BK, succr Palos,    Acct#:  503,    12600 S. Harlem Ave.,,
                 Palos Heights   60463-1488
18097554       +First Midwest Bank,    Deutsch Levy & Engel Chtd,    c/o Anda Tatoiu,    225 W Washington #1700,
                 Chicago IL 60606-3482
18097573       +First Midwest Bk succr Palos B,    12600 S. Harlem Ave.,,    Palos Heights, IL 60463-1491
18097572        First Midwest Bk succr Palos B,    Acct#: 8899,    12600 S. Harlem,    Tinley Park, IL   60483
18097577       +Huck Bouma P.C.,    Acct#: 0002,    1755 S. Naperville Rd, Ste 200,    Wheaton, IL 60189-5844
18097576       +Huck Bouma P.C.,    Acct#: 0003,    1755 S. Naperville Rd, Ste 200,    Wheaton, IL 60189-5844
18097579       +Huck Bouma P.C.,    Acct#: 0004,    1755 S. Naperville Rd, Ste 200,    Wheaton, IL 60189-5844
18097578       +Huck Bouma PC,    c/o Edward J Sedlacek,    Acct#: 0001,    1755 S Naperville Rd Ste 200,
                 Wheaton, IL 60189-5844
18996561       +Ill Bell Telephone Co,    AT&T Services Inc,    James Grudus Esq,    One AT&T Way #3A218,
                 Bedminster NJ 07921-2693
18097582        Itasca Bank and Trust,    1145 N. Arlington,    Itasca, IL   60143
18097583       +Itasca Bank and Trust,    1145 N. Arlington Heights rd.,    Itasca, IL 60143-3171
18097581       +Itasca Bank and Trust,    Acct#: 0170,    1145 Arlington Heights Rd,    Itasca, IL 60143-3171
18097580       +Itasca Bank and Trust,    Rep:First Chicago Bank & Trust,    1145 N. Arlington Heights Rd.,
                 Itasca, IL 60143-3171
18097585       +Joel Stein, Deutsch Levy & Eng,    Acct#: 8899,    225 W. Washington Ste., 1700,
                 Chicago, IL 60606-3404
18097584       +Joel Stein, Deutsch Levy & Eng,    Rep: First Midwest Bank,    225 W Washington St #17,
                 Chicago IL 60606-2418
18335761       +LLW Builders,    13530 S Kickapoo Trial,    Homer Glen, IL 60491-8678
18326684       +LLW Builders inc,    c/o Thompson Coburn LLP,    55 E Monroe 37th Fl,    Chicago IL 60603-6029
19050672       +Lake Gwenn LLC,    c/o William L Smith Jr,    10 S LaSalle ST #2660,    Chicago IL 60603-1046
18097586       +Matthew Covalcik Deutscg Levy,    Rep:First Midwest Bank,    225 W Washington St #17,
                 Chicago, IL 60606-2418
18097590        Northbrook BK & Tr succr 1st C,    to First Chgo Bk & Tr.,    Itasca, IL   60143
18766093       +Northbrook Bank & Trust Co successor,    First Chgo c/o Scott David & Lorne Saeks,
                 Much Shelist PC,    191 N Wacker Dr #1800,    Chicago IL 60606-1631
18097589       +Northbrook Bk succr 1st Chgo,    First Chgo Bk & TR.,    1145 N. Arlington Heights Rd,
                 Itasca, IL 60143-3171
18097575        Northstar Tr.Co. succr Harris,    Acct#: 9952,    POB2880,    Chicago, IL   60690
18097591       +Scott David/Much Shelist,    Rep:Northbrook Bank & Trust,    191 N Wacker #1800,
                 Chicago IL 60606-1631
18097601       +Smith, William L.,    237 Bloomingbank,    Riverside, IL 60546-2212
18097592       +StAhleln Properties,    800 Roosevelt Rd, Bldg A,    Glen Ellyn, IL 60137-5839
18097594       +State Bank Of The Lakes,    Acct#: 5087,    Ln Servicing/ 440 Lake Street,
                 Antioch, IL 60002-1406
18097595       +State Bank Of the Lakes,    Loan Svcing 440 Lake,    Antioch, IL 60002-1478
18097593       +State Bank Of the Lakes,    Acct#: 5087,    Loan Servicing/440 N. Route 59,    Antioch, IL 60002
```

```
District/off: 0752-1           User: bchavez               Page 2 of 3                   Date Rcvd: Dec 03, 2015
                               Form ID: pdf006             Total Noticed: 65


18668604       +State Bank of the Lakes,    c/o Sherman & Purcell LLP,    120 South La Salle Street,    Suite 1460,
                 Chicago, Illinois 60603-3575
18335762       +Swanson Martin & Bell,    Derreck Haddox and Jay Koehler,    330 N Wabash Suite 3300,
                 Chicago, IL 60611-3604
18097596       +T Swanson, Deutsch Levy & Enge,    225 W. Washington St., # 1700,    Chicago, IL 60606-3482
18097597       +Tim Swanson, Deutsch Levy & En,    Acct#: 503,    225 W. Washington St., # 1700,
                 Chicago, IL 60606-3404
18097598       +Toyota Financial Services,    POB 4102,   Carol Stream IL 60197-4102
18097599        West Asset Management,    Acct#: 5679,    Attn Bankruptcy 2703,    Sherman, TX  75092
18097600       +West Suburban Bank,    Acct#: 0353,    711 S. Meyers Rd,    Lombard, IL 60148-3712
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18665292       +E-mail/Text: bncmail@w-legal.com Dec 04 2015 01:18:45      CANDICA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18782910        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 04 2015 01:27:50      Citibank, N.A.,
                 c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
18097587       +E-mail/Text: bankrup@aglresources.com Dec 04 2015 01:17:24      NICOR,   Acct#: 9233,
                 1844 Ferry Road,    Naperville, IL 60563-9662
18097588       +E-mail/Text: bankrup@aglresources.com Dec 04 2015 01:17:25      NICOr Gas,   Acct#: 1018,
                 1844 Ferry Rd,    Naperville, IL 60563-9662
18996593       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2015 01:26:22
                 PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18097559        Citbnk NA
19047000        FDIC as receiver for The Bank of Commerce
19046996        FDIC as receiver for the Bank of Commerce
19048922*      +First Midwest Bank,    Deutsch Levy & Engel Chtd,    c/o Anda Tatoiu,    225 W Washington #1700,
                 Chicago IL 60606-3482
                                                                                   TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2015 at the address(es) listed below:
              Beth A Lehman    on behalf of Debtor 1 Daniel R. Regan blehman@lehmanfox.com
              Brian J Jackiw    on behalf of Defendant    Freeborn & Peters LLP brianj@restructuringshop.com,
               brianj@ecf.courtdrive.com;seanw@restructuringshop.com
              Brian J Jackiw    on behalf of Attorney    Freeborn & Peters LLP brianj@restructuringshop.com,
               brianj@ecf.courtdrive.com;seanw@restructuringshop.com
              Bruce  Dopke    on behalf of Interested Party William L. Smith, Jr. bruce@dopkelaw.com
              Bruce E de'Medici    on behalf of Defendant Horace  Fox, Jr bdemedici@gmail.com
              Elizabeth A. Bates    on behalf of Defendant Barbara  Regan ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Horace  Fox, JR    on behalf of Debtor 1 Daniel R. Regan foxhorace@aol.com, mmedina@lehmanfox.com
              John  Gekas    on behalf of Plaintiff Gina B. Krol jgekas@arnstein.com
              Kevin H Morse    on behalf of Trustee Gina B Krol khmorse@arnstein.com
```

```
District/off: 0752-1           User: bchavez              Page 3 of 3                Date Rcvd: Dec 03, 2015
                               Form ID: pdf006            Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kevin H Morse    on behalf of Attorney    Arnstein & Lehr LLP khmorse@arnstein.com
      Lydia  Bueschel    on behalf of Creditor    Federal Deposit Insurance Corporation as Receiver of Town Community Bank and Trust lbueschel@robinsoncurley.com
      Michael L Sherman    on behalf of Creditor    State Bank Of The Lakes shermlaw1@aol.com
      Michael L. Gesas    on behalf of Trustee Gina B Krol mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
      Michelle G Novick    on behalf of Plaintiff Gina B. Krol mgnovick@arnstein.com, lcsolomon@arnstein.com
      Michelle G Novick    on behalf of Trustee Gina B Krol mgnovick@arnstein.com, lcsolomon@arnstein.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Pia N Thompson    on behalf of Creditor    Federal Deposit Insurance Corporation, as Receiver for the Bank of Commerce pthompson@gouldratner.com,  bburns@gouldratner.com
      Richard L Hirsh    on behalf of Attorney Richard  HIrsh richala@sbcglobal.net, rlhpc2@sbcglobal.net
      Richard L Hirsh    on behalf of Plaintiff Gina B. Krol richala@sbcglobal.net,   rlhpc2@sbcglobal.net
      Richard L Hirsh    on behalf of Trustee Gina B Krol richala@sbcglobal.net,   rlhpc2@sbcglobal.net
      Richard S Lauter    on behalf of Defendant    Freeborn & Peters LLP rlauter@freeborn.com, bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
      Steven M Hartmann    on behalf of Defendant    Freeborn & Peters LLP shartmann@freeborn.com, bkdocketing@freeborn.com;nstinson@freeborn.com
      Timothy M Swanson    on behalf of Creditor    First Midwest Bank tim.swanson@moyewhite.com, mindy.glenn@moyewhite.com

                                                                                            TOTAL: 25