# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS

In re:                                      §
                                            §
REGAN, DANIEL R.                            §        Case No. 11-47684 DRC
                                            §
          Debtor                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 4,296,651.62            Assets Exempt: 84,676.62
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00     Claims Discharged
                                           Without Payment:  203,752,804.81

Total Expenses of Administration:  63,601.52

3) Total gross receipts of $ 63,601.52  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 63,601.52  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 17,547,935.82 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 111,029.74 | 111,029.74 | 63,601.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,940,869.22 | 200,811,935.59 | 200,811,935.59 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 20,488,805.04 | $ 200,922,965.33 | $ 200,922,965.33 | $ 63,601.52 |

4)  This case was originally filed under chapter 7 on  11/25/2011 .  The case was pending for 51 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/15/2016                    By:/s/GINA B. KROL

                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DANR LLC 100% owns 50% of 2003 Yukon | 1129-000 | 3,000.00 |
| 50% interest w/ DANR in 2003 Yukon | 1129-000 | 3,000.00 |
| 26' Kayot Boat | 1129-000 | 19,601.00 |
| Interest in TIF | 1129-000 | 10,000.00 |
| Unused Retainer | 1249-000 | 28,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.52 |
| **TOTAL GROSS RECEIPTS** | | **$63,601.52** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 First Midwest Bank succr Palos 12600 S. Harlem Tinley Park IL 60483 | | 2,243,372.63 | NA | NA | 0.00 |
| | Creditor # : 10 State Bank Of The Lakes Ln Servicing/ 440 Lake Street Antioch IL 600020 | | 476,202.82 | NA | NA | 0.00 |
| | Creditor # : 11 State Bank Of the Lakes Loan Servicing/440 N. Route 59 Antioch IL 600020 | | 2,795,561.37 | NA | NA | 0.00 |
| | Creditor # : 12 Toyota Financial Services. POB 4102 Glendale Heights IL 60139 | | 0.00 | NA | NA | 0.00 |
| | Creditor # : 13 West Suburban Bank 711 S. Meyers Rd Lombard IL 60148 | | 316,000.00 | NA | NA | 0.00 |
| | Creditor # : 2 Bank of Commerce/Advantage Nat 171 E. Irving Park RD. Wood Dale  IL 60191 | | 1,700,000.00 | NA | NA | 0.00 |
| | Creditor # : 3 First Chicago Bank & Tr. 1145 N. Arlington Heights RD Itasca IL 60143 | | 30,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 4 First Chicago Bk & Tr 1145 N. Arlington Heights Rd. Itasca IL 60143 | | 758,000.00 | NA | NA | 0.00 |
| | Creditor # : 5 First Midwest Bk succr Palos B 12600 S. Harlem Tinley Park IL 60483 | | 2,200,000.00 | NA | NA | 0.00 |
| | Creditor # : 6 First Midwest Bk succr Palos B 12600 S. Harlem Ave., Palos Heights IL 60483 | | 1,988,799.00 | NA | NA | 0.00 |
| | Creditor # : 7 First Midwest BK, succr Palos 12600 S. Harlem Ave., Palos Heights 60483 | | 2,300,000.00 | NA | NA | 0.00 |
| | Creditor # : 8 Northbrook Bk succr 1st Chgo First Chgo Bk & TR. 1145 N. Arlington Heights Rd Itasca IL 60143 | | 1,040,000.00 | NA | NA | 0.00 |
| | Creditor # : 9 Northbrook BK & Tr succr 1st C to First Chgo Bk & Tr. Itasca IL 60143 | | 1,700,000.00 | NA | NA | 0.00 |
| | Representing: First Chicago Bank & Tr. | | 0.00 | NA | NA | 0.00 |
| | Representing: First Chicago Bk & Tr | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: First Midwest BK, succr Palos | | 0.00 | NA | NA | 0.00 |
| | Representing: First Midwest Bank succr Palos | | 0.00 | NA | NA | 0.00 |
| | Representing: First Midwest Bk succr Palos B | | 0.00 | NA | NA | 0.00 |
| | Representing: First Midwest Bk succr Palos B | | 0.00 | NA | NA | 0.00 |
| | Representing: First Midwest Bk succr Palos B | | 0.00 | NA | NA | 0.00 |
| | Representing: Northbrook BK & Tr succr 1st C | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 17,547,935.82** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 6,430.08 | 6,430.08 | 2,980.09 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 71.31 | 71.31 | 71.31 |
| ASSOCIATED BANK | 2600-000 | NA | 1,552.36 | 1,552.36 | 1,552.36 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 70.60 | 70.60 | 70.60 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 586.00 | 586.00 | 428.79 |
| RICHARD L. HIRSCH PC | 3210-000 | NA | 15,641.50 | 15,641.50 | 15,641.50 |
| ARNSTEIN & LEHR LLP | 3210-600 | NA | 81,161.00 | 81,161.00 | 37,614.92 |
| RICHARD L. HIRSCH PC | 3220-000 | NA | 88.50 | 88.50 | 88.50 |
| ARNSTEIN & LEHR LLP | 3220-610 | NA | 512.44 | 512.44 | 237.50 |
| ALBANY AUTO OF CHICAGO | 3620-000 | NA | 3,537.25 | 3,537.25 | 3,537.25 |
| JENSEN LITIGATION SOLUTIONS | 3992-000 | NA | 1,153.70 | 1,153.70 | 1,153.70 |
| SHELLEY PLATE REPORTING | 3992-000 | NA | 225.00 | 225.00 | 225.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 111,029.74 | $ 111,029.74 | $ 63,601.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Bank of Commerce/Advantage Nat 171 East Irving Park Rd. Wood Dale IL 60191 | | 20,000.00 | NA | NA | 0.00 |
| | Creditor # :10 First  Chgo Bank  and Trust 1145 N. Arlington Heights Rd Itasca IL 60143 | | 17,440.00 | NA | NA | 0.00 |
| | Creditor # :11 First  Chgo Bank & Tr Co. 1145 Arlington Heights Rd. Itasca IL 60143 | | 299,473.48 | NA | NA | 0.00 |
| | Creditor # :12 First Chicago Bk & Tr 1145 Arlington Heights Rd Itasca IL 60143 | | 270,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :13 Northstar Tr.Co. succr Harris POB2880 Chicago IL 60690 | | 1,312,499.80 | NA | NA | 0.00 |
| | Creditor # :14 Huck Bouma P.C. 1755 S. Naperville Rd, Ste 200 Wheaton IL 60189 | | 7,363.00 | NA | NA | 0.00 |
| | Creditor # :15 Huck Bouma P.C. 1755 S. Naperville Rd, Ste 200 Wheaton IL 60189 | | 9,835.00 | NA | NA | 0.00 |
| | Creditor # :16 Huck Bouma P.C. 1755 S. Naperville Rd, Ste 200 Wheaton IL 60189 | | 797.00 | NA | NA | 0.00 |
| | Creditor # :17 Huck Bouma P.C. 1755 S. Naperville Rd, Ste 200 Wheaton IL 60189 | | 879.00 | NA | NA | 0.00 |
| | Creditor # :18 NICOR 1844 Ferry Road Naperville IL 60563 | | 10.00 | NA | NA | 0.00 |
| | Creditor # :19 NICOr Gas 1844 Ferry Rd Naperville IL 60563 | | 43.00 | NA | NA | 0.00 |
| | Creditor # :2 Barclaycard Po Box 13337 Philadelphia PA 19101 | | 14,709.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :20 StAhleln Properties 800 Roosevelt Rd, Bldg A Glen Ellyn IL 60137 | | 7,000.00 | NA | NA | 0.00 |
| | Creditor # :21 State Bank Of the Lakes Loan Svcing 440 Lake Antioch IL 600020 | | 660,000.00 | NA | NA | 0.00 |
| | Creditor # :22 West Asset Management Attn Bankruptcy 2703 Sherman TX 75092 | | 142.00 | NA | NA | 0.00 |
| | Creditor # :23 Smith, William L. 237 Bloomingbank Riverside IL 60546 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :3 Bus Randall 25351 Canterbury CT. Glen Ellyn IL 60137 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :4 Citbnk NA | | 0.00 | NA | NA | 0.00 |
| | Creditor # :5 Citi Bank C/O ARM Account Recievables PO Box 182564 Columbus OH 43218 | | 14,408.00 | NA | NA | 0.00 |
| | Creditor # :6 Citibank NA 555 St Charles Dr. #100 Thousand Oaks CA 91360 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :7 Daniel B. Venturi LTD. 146 Cedar Ave Lake Villa IL 60046 | | 895.00 | NA | NA | 0.00 |
| | Creditor # :8 Diamond Bank 100 W. North Avenue Chicago IL 60610 | | 305,232.94 | NA | NA | 0.00 |
| | Creditor # :9 ESO Cca 700 Longwater Dr Norwell MA 02061 | | 142.00 | NA | NA | 0.00 |
| | Representing: First  Chgo Bank  and Trust | | 0.00 | NA | NA | 0.00 |
| | Representing: First  Chgo Bank & Tr Co. | | 0.00 | NA | NA | 0.00 |
| | Representing: First Chicago Bk & Tr | | 0.00 | NA | NA | 0.00 |
| 000004 | DYCK-O'NEAL, INC. AS SERVICER FOR | 7100-000 | NA | 1,488,340.60 | 1,488,340.60 | 0.00 |
| 000009 | FEDERAL DEPOSIT INS CORP RECEIVER F | 7100-000 | NA | 189,659,162.00 | 189,659,162.00 | 0.00 |
| 000008 | FEDERAL DEPOSIT INS CORP RECEIVER O | 7100-000 | NA | 3,139,155.75 | 3,139,155.75 | 0.00 |
| 000010 | FIRST MIDWEST BANK | 7100-000 | NA | 1,021,598.57 | 1,021,598.57 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | FIRST MIDWEST BANK | 7100-000 | NA | 2,166,331.39 | 2,166,331.39 | 0.00 |
| 000012 | FIRST MIDWEST BANK | 7100-000 | NA | 1,050,288.80 | 1,050,288.80 | 0.00 |
| 000003 | HUCK BOUMA PC | 7100-000 | NA | 19,209.00 | 19,209.00 | 0.00 |
| 000006 | ILL BELL TELEPHONE CO | 7100-000 | NA | 142.69 | 142.69 | 0.00 |
| 000002 | LAKE GWENN LLC | 7100-000 | NA | 2,165,000.00 | 2,165,000.00 | 0.00 |
| 000001 | CANDICA, LLC | 7100-900 | NA | 15,078.61 | 15,078.61 | 0.00 |
| 000005 | CITIBANK, N.A. | 7100-900 | NA | 14,696.14 | 14,696.14 | 0.00 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 72,932.04 | 72,932.04 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,940,869.22 | $ 200,811,935.59 | $ 200,811,935.59 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 11-47684 | DRC | Judge: Donald R. Cassling |
| Case Name: | REGAN, DANIEL R. |
| For Period Ending: | 02/15/16 |

| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 11/25/11 (f) |
| 341(a) Meeting Date: | 01/17/12 |
| Claims Bar Date: | 06/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 79 TANGLEWOOD GLEN ELLYN, IL RESIDENCE | 270,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase Account #00000873433643 | 20.00 | 0.00 | | 0.00 | FA |
| 3. PNC Account | 1,319.20 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 750.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Whole Life Insurance /American Family Ins. | 364.53 | 0.00 | | 0.00 | FA |
| 7. Whole Life Ins. w/ Met. Life Ins. | 0.00 | 0.00 | | 0.00 | FA |
| 8. American Shares/Loan to Barc/37000 | 37,000.00 | 0.00 | | 0.00 | FA |
| 9. IRA Raymone James #37924234 | 1,385.92 | 0.00 | | 0.00 | FA |
| 10. American Fund IRA | 2,706.00 | 0.00 | | 0.00 | FA |
| 11. IRA containing 80 shares WSB stock | 23,200.00 | 0.00 | | 0.00 | FA |
| 12. Retirement/cash | 1,930.97 | 0.00 | | 0.00 | FA |
| 13. 45% Interest in Antioch Golf LLC | 0.00 | 0.00 | | 0.00 | FA |
| 14. 50% Interest in Antioch Holdings LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15. 33287 Shares of Bank of Commerce | 0.00 | 0.00 | | 0.00 | FA |
| 16. BARC LLC | 0.00 | 0.00 | | 0.00 | FA |
| 17. 50% interest in Carefree Investments | 8,000.00 | 0.00 | | 0.00 | FA |
| 18. DANR LLC 100% owns 50% of 2003 Yukon | 8,000.00 | 0.00 | | 6,000.00 | FA |
| 19. Daybrek Development LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20. Gateway Partners LLC 10% interest | 0.00 | 0.00 | | 0.00 | FA |
|     Related to asset described as TIF which was sold per court order. | | | | | |
| 21. 1% Lakeco Holdings LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22. 1% interest Living the Dream LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23. 100% interest in Oak Builders | 0.00 | 0.00 | | 0.00 | FA |
| 24. 100% interest in Regan Land Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 25. 13.1% interest in Town Bankshares Inc. | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit 8

| Case No: | 11-47684 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | REGAN, DANIEL R. | | |

Trustee Name:   GINA B. KROL
Date Filed (f) or Converted (c):   11/25/11 (f)
341(a) Meeting Date:   01/17/12
Claims Bar Date:   06/19/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. 43% interest in Town Center Partners LLC | 0.00 | 0.00 | | 0.00 | FA |
| 27. 15% Interest in Town Partners LLC | 0.00 | 0.00 | | 0.00 | FA |
| 28. A/R owed by Oak Builders | 2,033,651.62 | 0.00 | | 0.00 | FA |
| 29. TIF | Unknown | 0.00 | | 0.00 | FA |
|     Duplicate entry | | | | | |
| 30. TAX REFUND | 0.00 | 10,000.00 | OA | 0.00 | FA |
|     Trustee is litigating with Debtor's spouse to recover tax refunds | | | | | |
| 31. 50% interest w/ DANR in 2003 Yukon | 8,000.00 | 3,000.00 | | 0.00 | FA |
| 32. Leased Toyota | 0.00 | 0.00 | | 0.00 | FA |
| 33. 26' Kayot Boat | 22,000.00 | 19,601.00 | | 19,601.00 | FA |
| 34. 2003 Yukon | 0.00 | 0.00 | | 0.00 | FA |
|     Duplicate entry. Asset accounted for as #18 & #31 | | | | | |
| 35. Interest in TIF | Unknown | 10,000.00 | | 10,000.00 | FA |
| 36. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 37. Unused Retainer (u) | 0.00 | 28,000.00 | | 28,000.00 | FA |
| 38. Met Life Ins. | Unknown | 0.00 | | 0.00 | FA |
| 39. IRA containing 3% interest in Plum Farm LLC | 15,000.00 | 0.00 | | 0.00 | FA |
| 40. Customer Contour Corp. 5% interest | 0.00 | 0.00 | | 0.00 | FA |
| 41. 7% interest in FIGO LLC | 0.00 | 0.00 | | 0.00 | FA |
| 42. 6% Interest in Heritage Renaissance Partners LLC | 0.00 | 0.00 | | 0.00 | FA |
| 43. 20% Interet in Hinsbrook Partners LLC | 0.00 | 0.00 | | 0.00 | FA |
| 44. 50% interest in Silver Water Group LLC | 0.00 | 0.00 | | 0.00 | FA |
| 45. Village Redevelopment Group | 0.00 | 0.00 | | 0.00 | FA |
| 46. 180 Detroit Partnership | 0.00 | 0.00 | | 0.00 | FA |
| 47. 33% Interest in RGM Group Partnership | 0.00 | 0.00 | | 0.00 | FA |
| 48. 13.1 % Interest in Town Community Bank | 0.00 | 0.00 | | 0.00 | FA |

FORM 2
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   3

Exhibit 8

| Case No: | 11-47684 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | REGAN, DANIEL R. | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 11/25/11 (f) |
| 341(a) Meeting Date: | 01/17/12 |
| Claims Bar Date: | 06/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 49. 17% Interest in Winding Trail Partners | 0.00 | 0.00 | | 0.00 | FA |
| 50. A/R owed by Antioch Golf LLC | 1,952,000.00 | 0.00 | | 0.00 | FA |
| 51. 10% Interest in Willowsprings Gateway Partners LLC | 25,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.52 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,411,328.24 | $70,601.00 | | $63,601.52 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for review

November 05, 2015, 04:18 pm

Trustee is working on TFR

October 07, 2015, 01:44 pm

Final litigation was recently concluded by Defendant filing for bankruptcy. Trustee can now review claims and prepare TFR.

October 21, 2014, 11:47 am

Trustee has retained counsel to assist in review of Debtor's multiple business interests. Remaining assets are income tax transferred to wife and over payment to pre-petition counsel

October 17, 2013, 02:37 pm

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 11-47684    DRC    Judge: Donald R. Cassling | |
| Case Name: | REGAN, DANIEL R. | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 11/25/11 (f) |
| 341(a) Meeting Date: | 01/17/12 |
| Claims Bar Date: | 06/19/12 |

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/15

/s/    GINA B. KROL

_____ Date: 02/15/16

GINA B. KROL

FORM 2                                                                                                                    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-47684 -DRC | |
| Case Name: | REGAN, DANIEL R. | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0535  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******5630 |
| For Period Ending: | 02/15/16 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 31,768.67 | | 31,768.67 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.58 | 31,749.09 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.23 | 31,728.86 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.56 | 31,709.30 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.20 | 31,689.10 |
| 01/24/13 | 030001 | Clerk of US Bankruptcy Court | Adversary Filing Fee 13-0085 | 2700-000 | | 293.00 | 31,396.10 |
| | | 219 S. Dearborn Street | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.05 | 31,349.05 |
| 02/13/13 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 27.17 | 31,321.88 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.09 | 31,279.79 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.50 | 31,233.29 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.93 | 31,188.36 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.37 | 31,141.99 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.81 | 31,097.18 |
| 08/05/13 | 37 | Freeborn & Peters | Unused Retainer | 1249-000 | 7,000.00 | | 38,097.18 |
| | | 311 S. Wacker Dr., Ste. 3000 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 08/05/13 | 37 | Freeborn & Peters | Unused Retainer | 1249-000 | 14,000.00 | | 52,097.18 |
| | | 311 S. Wacker Dr., Ste. 3000 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 08/05/13 | 37 | Horace Fox | Unused Retainer | 1249-000 | 7,000.00 | | 59,097.18 |
| 08/05/13 | 030003 | Richard L. Hirsch PC | Attorney's Fees per Court Order | 3210-000 | | 15,641.50 | 43,455.68 |
| | | 1500 Eisenhower Lane | | | | | |
| | | Suite 800 | | | | | |
| | | Lisle, IL 60532 | | | | | |
| 08/05/13 | 030004 | Richard L. Hirsch PC | Attorney's Expenses per Court Orde | 3220-000 | | 88.50 | 43,367.18 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 11-47684 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | REGAN, DANIEL R. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0535  Checking Account |
| Taxpayer ID No: | *******5630 | | |
| For Period Ending: | 02/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1500 Eisenhower Lane | | | | |
| | | Suite 800 | | | | |
| | | Lisle, IL 60532 | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.23 | 43,320.95 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.56 | 43,257.39 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.24 | 43,195.15 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.22 | 43,130.93 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.06 | 43,068.87 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.03 | 43,004.84 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.94 | 42,940.90 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.67 | 42,883.23 |
| 04/01/14 | 030005 | International Sureties Ltd. | BOND | 2300-000 | | 37.80 | 42,845.43 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | |
| | | New Orleans, LA  70139 | | | | |
| 04/03/14 | 030006 | Jensen Litigation Solutions | Litigation Transcripts | 3992-000 | | 1,153.70 | 41,691.73 |
| | | 180 N. LaSalle Street | Invoice #'s 283488 and 284220 | | | | |
| | | Suite 2800 | | | | |
| | | Chicago, IL 60601 | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.75 | 41,627.98 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.30 | 41,567.68 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.80 | 41,505.88 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.72 | 41,446.16 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.62 | 41,384.54 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.53 | 41,323.01 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.46 | 41,263.55 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.35 | 41,202.20 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.28 | 41,142.92 |
| 12/15/14 | 030007 | Arnstein & Lehr LLP | Attorneys Fees per Court Order | 3210-600 | | 30,000.00 | 11,142.92 |
| | | 120 S. Riverside Plaza | | | | |
| | | Suite 1200 | | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 11-47684 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | REGAN, DANIEL R. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0535  Checking Account |
| Taxpayer ID No: | *******5630 | | |
| For Period Ending: | 02/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Chicago, IL 60657 | | | | | |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.59 | 11,103.33 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.52 | 11,086.81 |
| 02/10/15 | 030008 | Adams Levine Surety Bond Agency | | 2300-000 | | 6.34 | 11,080.47 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.88 | 11,065.59 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.45 | 11,049.14 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.90 | 11,033.24 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.40 | 11,016.84 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.85 | 11,000.99 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.36 | 10,984.63 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.33 | 10,968.30 |
| 01/08/16 | 030009 | Arnstein & Lehr LLP | Final Distribution | 3210-600 | | 7,614.92 | 3,353.38 |
| | | 120 S. Riverside Plaza | Attorneys Fees per Court Order | | | | |
| | | Suite 1200 | | | | | |
| | | Chicago, IL 60657 | | | | | |
| 01/08/16 | 030010 | Arnstein & Lehr LLP | Final Distribution | 3220-610 | | 237.50 | 3,115.88 |
| | | 120 S. Riverside Plaza | Attorneys Expenes per Court Order | | | | |
| | | Suite 1200 | | | | | |
| | | Chicago, IL 60657 | | | | | |
| 01/08/16 | 030011 | Gina B. Krol | Final Distribution | 2100-000 | | 2,980.09 | 135.79 |
| | | 105 W. Madison Street | Trustee's Fees | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/08/16 | 030012 | Clerk of US Bankruptcy Court | Final Distribution | 2700-000 | | 135.79 | 0.00 |
| | | 219 S. Dearborn St. | Fiing Fee 12-01749 | | | | |
| | | 7th Floor | | | | | |
| | | Chicago, IL 60604 | | | | | |

FORM 2                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-47684 -DRC | |
| Case Name: | REGAN, DANIEL R. | |

| | |
|---|---|
| Taxpayer ID No: | *******5630 |
| For Period Ending: | 02/15/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0535  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account  *******0535 | | Balance Forward | 0.00 | | | |
| | 3 | Deposits | 28,000.00 | 12 | Checks | 58,216.31 |
| | 0 | Interest Postings | 0.00 | 36 | Adjustments Out | 1,552.36 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $  28,000.00 | | | |
| | | | | | Total | $  59,768.67 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 31,768.67 | | | |
| | | Total | $  59,768.67 | | | |

FORM 2    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-47684  -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | REGAN, DANIEL R. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4302  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5630 | | | |
| For Period Ending: | 02/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/12 | 18, 31 | Barbara Regan | 2003 Yukon | 1129-000 | 6,000.00 | | 6,000.00 |
| 04/26/12 | 000301 | Shelley Plate Reporting | Invoice #9005 | 3992-000 | | 225.00 | 5,775.00 |
| | | 19 S. LaSalle Street | Court reporter at extended 341 meetiing | | | | |
| | | Suite 1402 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,775.04 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,775.09 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.34 | 5,767.75 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,767.80 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.86 | 5,760.94 |
| 07/19/12 | 33 | Albany Inc. | 26' Foot Kayot Boat | 1129-000 | 19,601.00 | | 25,361.94 |
| | | 4030 N. Rockwell St. | | | | | |
| | | Chicago, IL 60618 | | | | | |
| 07/26/12 | 35 | Daniel Regan | TIF | 1129-000 | 10,000.00 | | 35,361.94 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 35,362.04 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.39 | 35,347.65 |
| 08/29/12 | 000302 | Albany Auto of Chicago | Auctioneer Expenses per Court Order | 3620-000 | | 3,537.25 | 31,810.40 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 31,810.68 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 42.01 | 31,768.67 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 31,768.67 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-47684 -DRC |
| Case Name: | REGAN, DANIEL R. |
| Taxpayer ID No: | *******5630 |
| For Period Ending: | 02/15/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4302  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Account  *******4302 | | Balance Forward | 0.00 | | |
| | 3 | Deposits | 35,601.00 | 2 | Checks | 3,762.25 |
| | 5 | Interest Postings | 0.52 | 4 | Adjustments Out | 70.60 |
| | | | | 1 | Transfers Out | 31,768.67 |
| | | Subtotal | $ 35,601.52 | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 35,601.52 |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $ 35,601.52 | | |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | |
| | 6 | Deposits | 63,601.00 | 14 | Checks | 61,978.56 |
| | 5 | Interest Postings | 0.52 | 40 | Adjustments Out | 1,622.96 |
| | | | | 1 | Transfers Out | 31,768.67 |
| | | Subtotal | $ 63,601.52 | | Total | $ 95,370.19 |
| | 0 | Adjustments In | 0.00 | | |
| | 1 | Transfers In | 31,768.67 | | |
| | | Total | $ 95,370.19 | | Net Total Balance | $ 0.00 |

/s/    GINA B. KROL

Trustee's Signature: _____    Date: 02/15/16
GINA B. KROL

Ver: 19.05c